Name: William C Young
Address: 2747 S. Sierra Park Cir.
City, State & ZIP: SLC UT 84106

FILED
U.S. DISTRICT COURT
2017 JAN 19 A 9:59
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| Answer to Complaint | Civil Action No. |
| LHF Productions, Inc | 2:16-CV-00860-DBP |
| Plaintiff | |
| v. | |
| William C Young | |

Defendant William C Young hereby submits this Answer to the complaint on file herein, and alleges and avers as follows.

Answering paragraph (1-72) Lack the knowledge or information sufficient to form a belief as to the truth of the allegation.

Date: 1-19-2017            Signature: /s/ William C Young