Todd E. Zenger (5238)
KIRTON McCONKIE
36 S. State Street, Suite 1900
Salt Lake City, Utah 84111
Phone: (801) 328-3600
Fax: (801) 212-2104
Email: tzenger@kmclaw.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| LHF PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOES 1-23, <br><br> Defendants. | Civil Action No. 2:16-cv-00860-DBP <br><br> Magistrate Judge Dustin B. Pead <br><br> **STIPULATED CONSENT JUDGMENT** <br> **Re: Doe 4 – IP 24.10.201.77** <br> **Ryan Smith** |

As attested to by the signatures of counsel for the parties below, this matter comes before the Court on the parties' joint stipulation.

Plaintiff LHF Productions, Inc. has filed a Complaint against the defendant Doe 4 – IP 24.10.201.77, Ryan Smith, in the Utah District Court for copyright infringement, 17 U.S.C. §§101, et seq, registered with the United States Copyright Office, Reg. No. PA 1-982-831.

After initial discovery and investigation, defendant Doe 4 – IP 24.10.201.77 was affirmatively identified as the proper defendant in this matter and is now identified as Ryan Smith, 5516 S. 1350 E., Ogden, UT, 84403. Defendant Smith waives service of process and consents to personal jurisdiction of this court and entry of this consent judgment.

The parties, after conferral and investigation, now appear through counsel to fully and finally resolve all claims between the parties and the matters before the Court and have moved for entry of this Stipulated Consent Judgment to effect the terms of their settlement.

### Identity of the Defendant

The defendant identified herein as Doe 4 – IP 24.10.201.77, has been personally identified to be Ryan Smith, 5516 S. 1350 E., Ogden, UT, 84403.

WHEREFORE IT IS HEREBY STIPULATED AND ORDERED for all matters relevant to this case between the parties as follows:

1. This court has jurisdiction over the parties and venue is proper.
2. Plaintiff LHF Productions, Inc. has valid and enforceable copyrights in the original copyrighted work, *London Has Fallon*, ("Motion Picture") registered with the United States Copyright Office, Reg. No. PA 1-982-831.
3. Doe 4 – IP 24.10.201.77, Ryan Smith, 5516 S. 1350 E., Ogden, UT, 84403 is the proper named defendant in this case and liable under plaintiffs' claims.
4. Plaintiffs and Defendant Ryan Smith, 5516 S. 1350 E., Ogden, UT, 84403 expressly consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders, including this stipulation or any other final judgment or orders arising therefrom.
5. Ryan Smith, 5516 S. 1350 E., Ogden, UT, 84403 has had full opportunity to consult counsel and has fully reviewed the Complaint and the allegations of the Complaint and specifically admit plaintiffs' investigations identifying the IP address used by Plaintiff

were accurate, in particular in accurately identifying Doe 4 – IP 24.10.201.77 as Ryan Smith, 5516 S. 1350 E., Ogden, UT, 84403 and his IP address as the IP address used to download and distribute Plaintiff's Motion Picture and other content identified with the Complaint, including copyright infringement of the Motion Picture.

6. In addition to other terms in a separate settlement agreement, the parties further agree and require pursuant to the settlement the below Permanent Injunction be entered against Ryan Smith.

PERMANENT INJUNCTION

Doe 4 – IP 24.10.201.77, Ryan Smith, 5516 S. 1350 E., Ogden, UT, 84403 ("Ryan Smith") is hereby PERMANENTLY ENJOINED from directly, contributorily or indirectly infringing Plaintiff's rights in its motion pictures, including without limitation by using the internet to reproduce or copy any LHF Productions owned or branded motion pictures, to distribute any LHF Productions owned or branded motion pictures, or to make LHF Productions owned or branded motion pictures available for distribution to the public, except pursuant to a lawful written license from LHF Productions; and

Ryan Smith, is hereby directed to immediately delete all unlicensed content in which LHF Productions has any rights or interest, together with any and all BitTorrent clients on any computer(s) he/she owns or controls together with all other software used to obtain media through the Internet by BitTorrent peer-to-peer transfer or exchange; and

Ryan Smith, is hereby PERMANENTLY ENJOINED from directly, contributorily or indirectly participating or facilitating in peer-to-peer BitTorrent file exchanges without an express license from all rights holders as to the specific content exchanged.

SO ORDERED, this day: <u>March 23, 2017</u>.

_____
United States Magistrate Judge Pead

So Stipulated and Respectfully Submitted:

Defendant Personally:

_____
Ryan Smith

On Behalf of Plaintiff:

_____
Todd E. Zenger
KIRTON McCONKIE
36 South State Street, Suite 1900
Salt Lake City, UT 84111
Phone: (801) 328-3600
Email: tzenger@kmclaw.com