Todd E. Zenger (5238)
DUREN IP
610 E. South Temple Street, Suite 300
Salt Lake City, Utah 84102
Phone: (801) 869-8538
Email: tzenger@durenip.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| LHF PRODUCTIONS, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DOES 1-23,<br><br>　　　　Defendants,<br>Does 1-30<br>　　　　Consolidated Defendants. | Civil Action No. 2:16-cv-00860-DBP<br><br>Magistrate Judge Dustin B. Bead<br><br>**NOTICE OF VOLUNTARY DISMISSAL<br>WITH PREJUDICE<br>AS TO CERTAIN DEFENDANTS** |

　　　　Plaintiff, LHF Productions, Inc., by and through its counsel of record, hereby voluntarily dismisses this action with prejudice against certain Defendants ("Defendants") identified below pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. Defendants have made no appearance in this case and have therefore not filed an Answer or Summary Judgment Motion. Accordingly, Plaintiff voluntarily dismisses this action as to the Defendants identified below without a court order.

| DOE | IP | NAME |
|---|---|---|
| 8 (of Does 1-23) | 98.202.1.138 | Gabriel Lorton |
| 8 (of Does 1-30) | 24.10.202.69 | Gabriel Gohier |

| | | |
|---|---|---|
| 10 (of Does 1-30) | 67.186.237.253 | Daniel Stewart |
| 11 (of Does 1-30) | 98.202.213.29 | Jordan Buckley |
| 12 (of Does 1-23) | 24.2.99.168 | Jeffrey Horne |
| 14 (of Does 1-30) | 98.202.109.95 | Carolina Pangilnan |
| 16 (of Does 1-23) | 24.11.36.190 | Robin Jensen |
| 19 (of Does 1-30) | 73.3.122.208 | Jonathan Peacock |
| 21 (of Does 1-30) | 24.10.153.241 | Erik Farnsworth |
| 23 (of Does 1-30) | 50.168.208.188 | Michael Xidis |

DATED: June 20, 2018.

                DUREN IP

                By:   /s/Todd E. Zenger
                      Todd E. Zenger

                      Attorneys for Plaintiff
                      LHF Productions, Inc.