Todd E. Zenger (5238)
DUREN IP
610 E. South Temple Street, Suite 300
Salt Lake City, Utah 84102
Phone: (801) 869-8538
Email: tzenger@durenip.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| LHF PRODUCTIONS, INC.,<br><br>       Plaintiff,<br><br>vs.<br><br>DOES 1-23,<br><br>       Defendants,<br>Does 1-30<br><br>       Consolidated Defendants. | Civil Action No. 2:16-cv-00860-DBP<br><br>Magistrate Judge Dustin B. Pead<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN DEFENDANTS** |

Plaintiff, LHF Productions, Inc., by and through its counsel of record, hereby voluntarily dismisses this action without prejudice against certain Defendants ("Defendants") identified below pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. Defendants have made no appearance in this case and have therefore not filed an Answer or Summary Judgment Motion. Accordingly, Plaintiff voluntarily dismisses this action as to the Defendants identified below without a court order.

| DOE | IP | NAME |
|---|---|---|
| 1 (of Does 1-30) | 71.195.245.14 | Jeremy Martin |
| 2 (of Does 1-30) | 172.110.57.36 | Unknown Doe Defendant |

| | | |
|---|---|---|
| 5 (of Does 1-30) | 24.11.112.187 | Jay Evans |
| 6 (of Does 1-23) | 45.56.50.244 | Unknown Doe Defendant |
| 9 (of Does 1-30) | 71.199.41.246 | Travis Thompson |
| 12 (of Does 1-30) | 67.182.206.193 | Unknown Doe Defendant |
| 16 (of Does 1-30) | 98.202.232.42 | Brent Litz |
| 17 (of Does 1-30) | 98.202.236.217 | Pete Ramirez |
| 22 (of Does 1-30) | 71.199.24.155 | Robin Donohoe |
| 25 (of Does 1-30) | 97.117.38.72 | Jordan Ewell |
| 28 (of Does 1-30) | 50.160.37.11 | Unknown Doe Defendant |
| 30 (of Does 1-30) | 67.182.237.40 | Colby Lambourne |

DATED: June 21, 2018.

                DUREN IP

By:   /s/Todd E. Zenger
      Todd E. Zenger

Attorneys for Plaintiff
LHF Productions, Inc.